**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 31, 2022

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**  06/01/22

The status conference scheduled for June 2, 2022 is hereby adjourned to June 24, 2022 at 2:00 p.m. The adjournment is necessary to permit the parties to complete their discussions related to a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, it is further ordered that the time between June 2, 2022 and June 24, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Goddes Earl, et al.*, **22 CR 142 (VSB)**

Dear Judge Broderick,

On behalf of the parties, the Government writes to request respectfully an adjournment of the conference scheduled for June 2, 2022 to June 24, 2022 at 2:00 PM, a date and time that the parties understand is convenient to the Court. The retained counsel to Defendant Nathan Smith, Mr. Jeffrey Chabrowe, has developed a conflict due to an ongoing trial in which he is engaged, and as all of the parties remain in a position to continue to review discovery and discuss the possibility of pre-trial disposition on a productive basis, the parties respectfully request that the Court adjourn the case to a time when all parties and their counsel may appear. With the consent of the defendants, the Government also respectfully requests that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) from June 2, 2022 through the date of any granted adjournment on the basis that the interests of the public and the defendants in a speedy trial are outweighed here by the interests of the defendants in having the opportunity to review meaningfully with counsel the discovery in this case and in light of that discovery consider the possibility of a pretrial disposition and the potential availability of any pretrial motions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Thomas John Wright*

Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: All Counsel (by ECF)