

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2022

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States* v. *Zukeila Plaza, et al.*, S1 22 CR 142 (VSB)

Dear Judge Broderick,

    The Government respectfully writes on behalf of the parties to submit a joint request for an adjournment of the conference scheduled for December 2, 2022 at 11:00 AM to a date and time that is convenient for the Court during the week of January 9, 2022 or thereafter. With the requested adjournment, the parties expect to make meaningful progress in their review of the substantial volume of exchanged discovery, continue their discussions of possible pre-trial dispositions, and so be in a position to propose to the Court a schedule for pre-trial motions. Finally, with the consent of the defendants, the Government respectfully requests that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) from December 2, 2022 through the date of any adjournment on the basis that the interests of the public and the defendants in a speedy trial are outweighed here by the interests of the defendants in continuing their review of discovery together with their counsel and, in light of that discovery, consider the availability of any pre-trial motions and the possibility of any pre-trial dispositions.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: *Thomas John Wright*
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

cc: All Counsel (by ECF)

Application granted. The conference scheduled for December 2, 2022 is hereby adjourned to January 13, 2023 at 12:00 p.m. The adjournment is necessary to permit the parties to review exchanged discovery and continue discussions of possible pre-trial dispositions. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, it is further ordered that the time between December 2, 2022 and January 13, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

SO ORDERED:

*Vernon Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

11/30/2022