UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :    22-cr-142 (VSB)
  UNITED STATES OF AMERICA,              :
                                         :    ORDER
            -v-                          :
                                         :
  GODDESS EARL aka "ASIA",               :
                        Defendant.       :
                                         :
-----------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    IT IS HEREBY ORDERED that the change of counsel hearing scheduled for February 17, 2023, at 10am is hereby adjourned to March 17, 2023, at 11am.

    IT IS FURTHER ORDERED that, consistent with Mr. Cohen's February 9, 2023, email, the conference will no longer be a change of counsel hearing and instead will be a status conference.

SO ORDERED.

Dated: February 14, 2023
      New York, New York

_____
VERNON S. BRODERICK
United States District Judge