

# COHEN FORMAN BARONE, LLP
## AN EXPERIENCED LAW FIRM

www.cfblaw.com

| David J. Cohen | Cory Forman | Carla A. Barone |
|---|---|---|
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com |

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** *[signature]*
**VERNON S. BRODERICK
U.S.D.J.** 3/15/23

Counsel should be prepared to discuss the circumstances surrounding Ms. Earl's request to change counsel and subsequent withdrawal of that request at the April 4, 2023 status conference.

Re:  **United States v. Goddes Earl, et al., 22 CR 142 (VSB)
      Adjournment Request**

Dear Honorable J. Vernon S. Broderick,

    I am counsel representing the above-named defendant. The government and counsel have engaged in extensive plea discussions and counsel for Ms. Earl has received unequivocal agreement from client that she wishes counsel to continue with his representation.

    Consequently, both counsel for Ms. Earl as well as the government jointly and respectfully request that **the appearance currently schedule for Friday, March 17th 2023 be adjourned to April 4th, 2023** when the other co-defendant's matters will be heard by the Court. If the proposed date for adjournment is not practicable for the Court, a date thereafter is acceptable to both parties.

Respectfully,

//s//David Jason Cohen//s//
David Jason Cohen, Esq.
Counsel for Ms. Goddes Earl
Cohen Forman Barone, LLP
950 Third Avenue
New York, NY 10022
david@cfblaw.com

| Manhattan | 950 Third Avenue, 11th floor, New York, NY 10022 | T. 212.766.9111 | F. 212.766.9166 |
| Long Island | 228 East Main Street, Patchogue, NY 11772 | T. 631.766.9111 | F. 212.766.9166 |